IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        3:15cr508-MHT
                            )            (WO)
BERNARD HIMES               )
```

ORDER

It is ORDERED that the government's motion to amend the indictment (doc. no. 4) is granted, and the indictment (doc. no. 1) is amended to reflect that this case is set in the Eastern Division of the United States District Court for the Middle District of Alabama, not the Northern Division.

The court assumes the defendant does not oppose this motion.  However, if the defendant does oppose it, the defendant shall file his objections within 7 days of the date of this order.

DONE, this the 8th day of February, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE